IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JONATHAN BISHOP,<br>(AIS # 272754)<br>    Plaintiff,<br><br>vs.<br><br>REGINA BOLAR, *et al*.<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION 15-0252-WS-C |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that summary judgment is **GRANTED** in favor of Defendants Regina Bolar, William Gillis, Brian Ezell, and Kelly Smith, and all claims presented against these defendants are **DISMISSED** with prejudice.

**DONE** this 20th day of May, 2016.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**