IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JONATHAN BISHOP, | : | |
| (AIS # 272754) | : | |
|     Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION 15-0252-WS-C |
| | : | |
| REGINA BOLAR, *et al*. | : | |
|     Defendants. | : | |
| | : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Jonathan Bishop recover nothing, and the claims made against Defendants Regina Bolar, William Gillis, Brian Ezell, and Kelly Smith are hereby **DISMISSED** with prejudice.

**DONE** and **ORDERED** this 20th day of May, 2016.

        **s/WILLIAM H. STEELE**
        **CHIEF UNITED STATES DISTRICT JUDGE**