IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JONATHAN BISHOP, AIS # 272754, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 15-0252-WS-C |
| REGINA BOLAR, *et al.*, | : | |
| Defendants. | : | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.   It is **ORDERED** that summary judgment is **GRANTED** in favor of Defendant Earl Daily, and those claims presented against the defendant are **DISMISSED** with prejudice.

**DONE** this 15th day of November, 2016.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**