IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |  |
|---|---|---|
| JONATHAN BISHOP, AIS # 272754, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 15-0252-WS-C |
| REGINA BOLAR, *et al.*, | : | |
| Defendants. | : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Jonathan Bishop recover nothing, and the claims made against Defendant Earl Daily are hereby **DISMISSED** with prejudice.

**DONE** and **ORDERED** this 15th day of November, 2016.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE